Home / What's My Car Worth / Category & Style / Options & Condition / Sport Utility 4D

Advertisement

**My Car's Value**
# 2014 Buick Encore
**Sport Utility 4D**

near **Elkins Park, PA 19027**

Mileage: **60,000**

Edit Options

**4.4** ⭐ (123 Ratings)   Write a review

⚠️ Recalls: **5 Recalls Found**  →

🔧 Next Service: **67,500 miles**  →

### 1  Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

Instant Cash Offer    **Trade-in**    Private Party    Donate Your Car



Trade-in Range
**$8,002 - $9,325**
Trade-in Value
**$8,664**

ⓘ Important info & definitions

KELLEY BLUE BOOK OFFICIAL GUIDE

Condition:  Good ▾

Ad                                               **Popular Now**

4.4 ★ (123 Ratings)

Write a review

## 2 Start the Trade-in Process Online

Stay safe at home while getting a no-obligation quote for your next car.

**You're Interested In:**
2020 Buick Encore
Change Vehicle

**Your Trade-in:**
2014 Buick Encore
Change Vehicle

### Choose up to 3 dealers     Change ZIP Code

Compare prices from three local dealers.

☐ **O'Neil Buick-GMC Inc.**
869 W Street Rd
Warminster, PA 18974
10 miles away

☐ **Peruzzi Buick GMC, Inc.**
156 Lincoln Hwy
Fairless Hills, PA 19030
16 miles away

☐ **Burns Buick GMC**
500 W ROUTE 70
Marlton, NJ 08053
16 miles away

<   1   2   3   4   >              **Get My Free Quotes**


Advertisement

## 3 Shop for Your Next Car - What Can I Afford?

**Estimated Trade-in Amount**
$8,664

**Desired Monthly Payment ***
$400
*This field is required.

**Terms (months)**
60

**Interest Rate (%)**
3.19

**Outstanding Loan Balance**
$0

**Additional Down Payment**
$0

**Calculate**

Up to

### Vehicles in Your Price Range

**2020 Buick Encore**
Efficient & nimble.

Shop Encore ↗

**2019 Volvo XC40**
Est. $394/mo*

**2019 Lexus UX**
Est. $390/mo*

**2019 Mercedes-Benz GLA**
Est. $387/mo*

**2018 Jaguar E-PACE**
Est. $387/mo*

   

*Based on the Blue Book® Fair Purchase Price (click vehicle to see) for 60 months, 3.19% APR, and Estimated Trade-in Amount. Taxes and Fees not included. For illustrative purposes only and not an offer/commitment to provide credit or financing.

Ad                **Popular Now**

Available for Down Payment
**$8,664**

Total Down Payment
**$8,664**

Advertisement

Advertisement

Advertisement

Advertisement

Ad | Popular Now

8/25/2020    Case 20-10649-amc    Doc 35-2    Filed 08/25/20    Entered 08/25/20 11:12:48    Desc
2014 Buick Encore Sport Utility 4D Trade In Values | Kelley Blue Book
Exhibit B    Page 4 of 6

Change Vehicle

## Get the best deal on a new car!

Compare prices from three local dealers.    Change ZIP Code

**O'Neil Buick-GMC Inc.**
869 W Street Rd
Warminster, PA 18974
10 miles away

**Peruzzi Buick GMC, Inc.**
156 Lincoln Hwy
Fairless Hills, PA 19030
16 miles away

**Burns Buick GMC**
500 W ROUTE 70
Marlton, NJ 08053
16 miles away

| 1 | 2 | 3 | 4 |

**Get My Free Quotes**

Advertisement

## Featured Partners

**Give Buyers Confidence**
Show them a clean AutoCheck vehicle history report.
Get Your Report →

**Pre-qualify for Auto Financing**
Pre-qualify for an auto loan with no impact to your credit score.
Get Started →

**Shopping for Auto Insurance?**
Get great car insurance that is also a great value from State Farm.
Get Free Quote →

FAQ      Advertising

Contact Us      Media

Don't Sell My Info      Site Map

About Us      KBB Brazil

Careers      KBB Canada

Corporate

Ad      Popular Now

presented by **BUICK**

## Research this Popular Car



### 2020 Buick Encore

Build & Price        Request A Quote

## Dealer Home Services: We Come To You

Video Walkaround

Test Drive at Home

Local Home Delivery

## Maintenance from Your Door

Need maintenance or repair on your current car? A dealer will pick up your vehicle, perform repairs or maintenance services and bring it back to you. It delivers peace of mind and keeps your car running its best.

Search Local Providers

## Trade Up to a New Car

Sponsored by **BUICK**

**2020 Buick Encore**
Efficient & nimble.
Shop Encore



**2020 Buick Enclave**
Est. $605/mo*

**2020 Buick Envision**
Est. $516/mo*

**2020 Buick Regal Sportback**
Est. $388/mo*

## New Car Price Quote

2020 Buick Encore





Ad | Popular Now

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks  |  Terms of Service  |  Privacy Policy  |  Linking Policy  |  Ad Choices

Advertisement

Ad

Popular Now