UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| | : | |
| Felicia Neal | : | Case No.: 20-10649(AMC) |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER GRANTING DEBTOR'S MOTION TO DETERMINE VALUE

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion of Felicia Neal to Determine Value of Vehicle, it is hereby:

ORDERED and DECREED that the Order is granted and that the Debtors' 2014 Buick Encore VIN: KL4CJCSB3EB664759 has a value of: **$9,657.00 (including all interest)**

FURTHER ORDERED:

**Date: September 30, 2020**

_____
Ashely M. Chan
U.S. Bankruptcy Judge