# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Felicia Neal : | Chapter 13 |
| Debtor. : | Case No.: 20-10649-AMC |
| : | |

## ORDER GRANTING DEBTOR'S MOTION
## FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the debtor is granted permission to sell their real property located at 0 N Big Woods Road, Spring Hope, NC 27882 ("Property"), for the sale price of $55,000.00 pursuant to the terms of a certain real estate agreement of sale dated as of October 19, 2023, to the buyer thereunder, Lauren Elizabeth Phillips ("Buyer").

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters                  $ 5,500.00
2. Liens paid at closing-                                                                                   $_____
3. Real estate taxes, sewer, trash and/or other such items                                                  $_____
4. Property repairs, if any                                                                                 $_____
5. Real estate commission, at no greater than 6%                                                            $ 3,300.00
6. Attorney's fees, if any                                                                                  $_____
7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement                                                                                         $_____
8. Other - Seller Assist                                                                                    $_____
   ESTIMATED AMT DUE TO TRUSTEE                                                                             $ 23,100.00

After paying any liens in full and all costs of sale, the title agent shall distribute the Debtor's fifty percent (50%) share of the sale proceeds to the standing chapter 13 trustee as a special disbursement to unsecured creditors. The Debtor shall continue to make payments to the chapter 13 trustee under the confirmed plan. Any funds remaining after 100% of the Debtor's unsecured creditors are paid shall be returned to the Debtor.

The Debtor's counsel shall upload a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement to https://readingch13.com/, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

Dated: November 30, 2023

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE